UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

HOWARD COHAN,

    Plaintiff,

                                  CASE NO.: 6:24-cv-1192-JSS-RMN

vs.

MLD 4, LLC
a Florida Limited Liability Company
d/b/a STAYBRIDGE SUITES ORLANDO
AT SEAWORLD

    Defendant(s).
_____/

**<u>JOINT STIPULATION OF DISMISSAL WITH PREJUDICE</u>**

The Plaintiff, HOWARD COHAN and the Defendant, MLD 4, LLC, a Florida Limited Liability Company, d/b/a STAYBRIDGE SUITES ORLANDO AT SEAWORLD, (the Parties) hereby stipulate that (1) the Parties have settled this action; (2) Plaintiff voluntarily dismisses this action with prejudice against MLD 4, LLC, a Florida Limited Liability Company, d/b/a STAYBRIDGE SUITES ORLANDO AT SEAWORLD; and (3) the Parties shall bear their own costs and fees except as provided for in the Parties' Settlement Agreement

    RESPECTFULLY SUBMITTED October 8, 2024.

| | |
|---|---|
| By: **/s/ Gregory S. Sconzo** | By: **/s/ Christopher E. Brown** |
| Gregory S. Sconzo, Esq. | **Christopher E. Brown, Esq.** |
| Florida Bar No.: 0105553 | Florida Bar No.: 0071568 |
| Sconzo Law Office, P.A. | **KAUFMAN DOLOWICH LLP** |
| 3825 PGA Boulevard, Suite 207 | Email: *cbrown@kaufmandolowich.com* |
| Palm Beach Gardens, FL 33410 | 301 E Pine Street, Suite 1150 |

Telephone: (561) 729-0940
Facsimile: (561) 491-9459
Email: greg@sconzolawoffice.com
Email: perri@sconzolawoffice.com
Attorney for Plaintiff

Orlando, Florida 32801
Tel: (407) 904-0919
*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 8, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

    **/s/ Gregory S. Sconzo**
    **Gregory S. Sconzo, Esq.**

2